## Laser Innovations, Inc
## Profit & Loss Prev Year Comparison
January through December 2023

|  | Jan - Dec 23 | Jan - Dec 22 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 41100 · Weight Loss Services Income | 747,738.69 | 4,001,199.54 |
| 43200 · Other Income | 0.00 | 94.85 |
| **Total Income** | 747,738.69 | 4,001,294.39 |
| **Expense** | | |
| 60000 · Advertising and Promotion | | |
|   60006 - Social Media | 20,620.52 | 0.00 |
|   60001 · TV and production | 48,685.19 | 1,221,200.71 |
|   60002 · Make-up and custome for TV | 72.20 | 4,225.25 |
|   60003 · Printed materials | 0.00 | 9,726.39 |
|   60004 · Internet and Website | 0.00 | 197,276.75 |
|   60000 · Advertising and Promotion - Other | 49,719.92 | 31,244.00 |
| Total 60000 · Advertising and Promotion | 119,097.83 | 1,463,673.10 |
| 60100 · Parking and toll | 0.00 | 8,083.33 |
| 60200 · Automobile Expense | | |
|   60201 · Fuel | 0.00 | 796.91 |
|   60202 · Auto repairs and maintenance | 0.00 | 464.33 |
| Total 60200 · Automobile Expense | 0.00 | 1,261.24 |
| 60400 · Bank Service Charges | 9,216.42 | 19,795.96 |
| 60500 · Payment Processing Services | 1,698.55 | 2,482.49 |
| 60600 · Training | 0.00 | 22,990.00 |
| 61400 · Charitable Contributions | 0.00 | 1.00 |
| 61700 · Software | 0.00 | 76.90 |
| 62400 · Depreciation Expense | 39,249.00 | 0.00 |
| 62600 · Contributions (serv received) | 0.00 | 6,600.00 |
| 62700 · Holiday Party | 0.00 | 6,672.00 |
| 62800 · Team Building Events | 0.00 | 8,734.00 |
| 63300 · Business Insurance Expense | 7,378.46 | 11,395.75 |
| 63301 · Health Insurance | 0.00 | 46,127.94 |
| 63500 · Insurance | 5,160.92 | 0.00 |
| 64300 · Meals | 85.00 | 142.58 |
| 64600 · Spa Supplies | 174,045.21 | 406,602.33 |
| 64800 · Small Office Equipment (<1500) | 0.00 | 7,158.45 |
| 64900 · Office Supplies | 0.00 | 37,419.09 |
| 65000 · Postage and Delivery | 0.00 | 2,425.00 |
| 66000 · Payroll Services | 3,431.49 | 10,196.60 |
| 66100 · Contract labor | | |
|   Alba | 950.00 | 0.00 |
|   Alfreda Donalson | 326.25 | 0.00 |
|   Allysa Henderson | 192.50 | 0.00 |
|   Ashley Fletcher | 12,995.00 | 0.00 |
|   Brant Arami | 6,025.00 | 0.00 |

3:13 PM
10/18/24
Cash Basis

# Laser Innovations, Inc
## Profit & Loss Prev Year Comparison
January through December 2023

|  | Jan - Dec 23 | Jan - Dec 22 |
|---|---:|---:|
| Courtney Tilley | 15,176.65 | 0.00 |
| Diane Voit | 1,117.50 | 0.00 |
| Jacinda Crawford | 6,555.50 | 0.00 |
| Januetta London | 975.13 | 0.00 |
| Jesus | 1,870.00 | 0.00 |
| Kat Cosley | 330.00 | 0.00 |
| Mayesha Smith | 983.75 | 0.00 |
| Mireya Castrejon | 1,263.50 | 0.00 |
| Opal Allen | 200.00 | 0.00 |
| Victoria Gonzalez | 570.00 | 0.00 |
| 66100 · Contract labor - Other | 4,774.00 | 280,291.51 |
| Total 66100 · Contract labor | 54,304.78 | 280,291.51 |
| 66200 · Wages and Salary | 120,129.63 | 848,815.11 |
| 66300 · Printing & Reproduction | 99.03 | 0.00 |
| 66330 · Per Diem Pay | 1,380.00 | 5,396.66 |
| 66500 · Membership Fee | 0.00 | 191.76 |
| 66600 · Payroll taxes | 39,250.78 | 244,484.97 |
| 66700 · Professional Fees | 14,690.00 | 19,529.85 |
| 66800 · Cleaning services | 1,350.50 | 6,836.00 |
| 66900 · Outside services |  |  |
|    66902 · Pest Control | 0.00 | 923.85 |
|    66900 · Outside services - Other | 0.00 | 74.13 |
| Total 66900 · Outside services | 0.00 | 997.98 |
| 66901 · Recruiting Expenses | 0.00 | 1,435.74 |
| 67000 · Commission Expenses | 0.00 | 12,620.00 |
| 67100 · Rent Expense - Office | 139,852.03 | 497,357.09 |
| 67200 · Repairs and Maintenance | 2,713.00 | 67,918.41 |
| 67300 · Equipment Lease | 543.23 | 9,355.38 |
| 67400 · Lease Expense - Automobile | 0.00 | 3,817.02 |
| 67500 · Security | 0.00 | 7,680.58 |
| 68000 · Taxes | 7,980.87 | 24,857.76 |
| 68100 · TV, Cable, Phone, Internet | 34,541.55 | 55,638.80 |
| 68400 · Travel Expense |  |  |
|    68401 · Hotels | 0.00 | 5,421.86 |
|    68400 · Travel Expense - Other | 0.00 | 529.65 |
| Total 68400 · Travel Expense | 0.00 | 5,951.51 |
| 68600 · Utilities | 1,113.06 | 7,857.61 |
| 68700 · Moving Expenses | 20,497.00 | 0.00 |
| 68800 · Driver's Services | 4,060.35 | 25,874.60 |
| 68900 · Warranty Purchases | 0.00 | 1,348.65 |
| 69800 · Uncategorized Expenses | 0.00 | 0.00 |

3:13 PM
10/18/24
Cash Basis

# Laser Innovations, Inc
## Profit & Loss Prev Year Comparison
January through December 2023

|  | Jan - Dec 23 | Jan - Dec 22 |
|---|---:|---:|
| Total Expense | 801,868.69 | 4,190,094.75 |
| Net Ordinary Income | -54,130.00 | -188,800.36 |
| Other Income/Expense |  |  |
|   Other Income |  |  |
|     Loss on Disposal | -1,061,042.14 | 0.00 |
| Total Other Income | -1,061,042.14 | 0.00 |
| Net Other Income | -1,061,042.14 | 0.00 |
| **Net Income** | **-1,115,172.14** | **-188,800.36** |