Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LASER INNOVATIONS, INC., | § | CASE NO. 24-34781 |
| | § | Chapter 11 |
| Debtor. | § | |

**DEBTOR'S EMERGENCY MOTION
FOR USE OF CASH COLLATERAL**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**COMES NOW** Laser Innovations, Inc., the Chapter 11 Debtor in the above styled and referenced bankruptcy case (the "Debtor"), and files this its Debtor's Emergency Motion for Use

of Cash Collateral pursuant to 11 U.S.C. § 363 of the Bankruptcy Code and in support of same would respectfully show the following:

1. On October 11, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is now operating its business and managing its property as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. No request has been made for the appointment of a trustee or examiner and no official committee has been appointed.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the Chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. Debtor requests the Court to enter an Interim Order for Use of Cash Collateral in the form attached hereto as **Exhibit "A."**

6. Debtor has an immediate need to use the cash collateral of the U.S. Small Business Administration, De Lage Landen Financial Services, Inc., Headway Capital, LLC and Byzfunder NY LLC (the "Secured Lenders"), the Debtor's secured creditors claiming liens on Debtor's real and personal property including accounts.

7. The Debtor can adequately protect the interests of the Secured Lenders as set forth in the proposed Interim Order for Use of Cash Collateral by providing the Secured Lenders with post-petition liens, a priority claim in the Chapter 11 bankruptcy case, and cash flow payments. The cash collateral will be used to continue the Debtor's ongoing operations.

8. The Debtor owns and operates Innovative Lasers of Houston, a laser weight loss company, located at 7700 San Felipe Street, Suite 485, Houston, Texas 77063.

9. The Budget attached to the proposed Order and to this Motion permits the payment of ongoing operating expenses of the Debtor in order to allow the Debtor to maintain its operations in Chapter 11.

10. The Debtor intends to rearrange its affairs and needs to continue to operate in order to pay its ongoing expenses, generate income and to propose a plan in this case. The Debtor's proposed Budget is attached hereto as **Exhibit "B."**

11. This is an emergency matter since the Debtor has no outside sources of funding available to it and must rely on the use of cash collateral to continue its operations.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court enter an Interim Order for Use of Cash Collateral in the form attached hereto as **Exhibit "A"** and for such other and further relief to which the Debtor may be justly entitled.

Dated: October 21, 2024.

                                                                Respectfully submitted,

                                                                */s/ Joyce W. Lindauer*
                                                                 Joyce W. Lindauer
                                                                 State Bar No. 21555700
                                                                 Joyce W. Lindauer Attorney, PLLC
                                                                 1412 Main Street, Suite 500
                                                                 Dallas, Texas 75202
                                                                 Telephone: (972) 503-4033
                                                                 Facsimile: (972) 503-4034
                                                                 PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2024, a true and correct copy of the foregoing document was served upon the parties on the attached service list in the manner indicated.

                                                                  */s/ Joyce W. Lindauer*
                                                                 Joyce W. Lindauer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-34781<br>Southern District of Texas<br>Houston<br>Mon Oct 21 15:38:30 CDT 2024 | City of Houston<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com | City of Nassau Bay<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie L. Andresen<br>PO Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K Turner<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328<br>Via Email: john.turner@lgbs.com | Fort Bend County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com | Harris County ESD #11<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>PO Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com |
| Harris County ESD #17<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie L. Andresen<br>PO Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com | Houston Community College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>PO Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com | Houston ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>PO Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com |
| Laser Innovations, Inc.<br>7700 San Felipe<br>Houston, TX 77063-1630 | Lone Star College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>PO Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com | Montgomery County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>Via Email: houston_bankruptcy@lgbs.com |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588<br>Via Email: don.stecker@lgbs.com | American Express Business<br>200 Vesey Street<br>New York, New York 10281-5525<br>Via First Class Mail |
| American Express Prime<br>200 Vesey Street<br>New York, NY 10285-0002<br>Via First Class Mail | Attorney General of Texas<br>Bankruptcy Division<br>P O Box 12548<br>Austin, TX 78711-2548<br>Via Email: sherri.simpson@texasattorneygeneral.gov | Blue Print Business<br>1505 Oak Lawn Avenue, #100<br>Dallas, TX 75207-3621<br>Via First Class Mail |
| Boxer Property<br>c/o Mark C. Roberts II<br>Associate General Counsel<br>2727 LBJ Freeway, Suite 610<br>Dallas, TX 75234-7488<br>Via Email: mark.roberts@boxerproperty.com | (p)BYZFUNDER<br>ATTN BYZFUNDER NY LLC<br>530 7TH AVE FLOOR M1<br>NEW YORK NY 10018-4878<br>Via Fax: 347-342-3192 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774<br>Via First Class Mail |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528<br>Via Email: sherri.simpson@texasattorneygeneral.gov | Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield, IL 62708-2576<br>Via First Class Mail | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328<br>Via Email: john.turner@lgbs.com |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453<br>Via Email: customercarecenter@leasedirect.com | Fort Bend County Tax Assessor/Collector<br>1317 Eugene Heimann Circle<br>Richmond, TX 77469-3623<br>Via Email: fbctaxinfo@fortbendcountytx.gov | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2848<br>HOUSTON TX 77252-2848<br>Via Fax: 713-755-8924 |
| Headway Capital, LLC<br>175 W. Jackson Blvd., Suite 600<br>Chicago, IL 60604-2948<br>Via Email: collections@headwaycapital.com | KHOU-TV Inc.<br>c/o Totz Ellison & Totz, P.C.<br>2211 Norfolk, Suite 510<br>Houston, TX 77098-4048<br>Via Fax: 713-275-0304 | KTRK Television, Inc.<br>c/o Bob Tharnish<br>ABC-Amega, Inc.<br>500 Seneca Street, Suite 503<br>Buffalo, NY 14204-1963<br>Via Email: robert.tharnish@abc-amega.com |

| | | |
|---|---|---|
| Laura Alexis<br>7700 San Felipe St.<br>Suite 485<br>Houston, TX 77063-1630 | Leaf Capital Funding LLC<br>c/o Matthew J. Weiss<br>Chase Weiss & Kehoe LLC<br>463 Livingston St., Suite 102-156<br>Norwood, NJ 07648-1344<br>Via Email: mweiss@chaseweiss.com | PNC Bank<br>PO Box 3479<br>Pittsburgh, PA 15230-3479<br>Via First Class Mail |
| REOC San Antonio<br>c/o Trey Guajardo<br>8023 Vantage Dr., Suite 100<br>San Antonio, TX 78230-4772<br>Via Fax: 210-524-4029 | Renate L. Bean<br>c/o Jim Adler & Associates<br>Attn: Jim S. Adler<br>1900 West Loop South, 20th Floor<br>Houston, TX 77027-3270<br>Via First Class Mail | Ritter Spencer Cheng PLLC<br>15305 Dallas Parkway<br>12th Floor<br>Addison, TX 75001-4637<br>Via Email: dritter@ritterspencercheng.com |
| Ryan Dobbs<br>Ryan Dobbs Law PLLC<br>165 S. Kimball Ave, Suite 110<br>Southlake, TX 76092-1572<br>Via First Class Mail | Texas Roque Properties, LLC<br>2825 Saint St.<br>Houston, TX 77027-5313<br>Via Email: dritter@ritterspencercheng.com | Texas Workforce Commission<br>101 E. 15th Street, Room 354<br>Austin, TX 78778-0001<br>Via Email: sherri.simpson@oag.texas.gov |
| Texas Workforce Commission<br>Tax Department<br>PO Box 296<br>Richmond, TX 77406-0008<br>Via Email: sherri.simpson@oag.texas.gov | U.S. Small Business Administration<br>1545 Hawkins Blvd., Suite 202<br>El Paso, TX 79925-2654<br>Via Email: rebekah.osullivan@sba.gov | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604<br>Via Email: c.ross.travis@usdoj.gov |
| WFAA-TV Inc.<br>c/o Totz Ellison & Totz, P.C.<br>2211 Norfolk, Suite 510<br>Houston, TX 77098-4048<br>Via Fax: 713-275-0304 | hibu Inc. f/k/a Yellowbook Inc.<br>c/o Smith Carroad Wan & Parikh, P.C.<br>202 East Main Street<br>Smithtown, NY 11787-2806<br>Via Email: twan@smithcarroad.com | Joyce Williams Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Albert Uresti, MPA, PCAC<br>PO Box 2903<br>San Antonio, TX 78299-2903<br>Bexar County | (d)Bexar County Tax Assessor-Collector<br>PO Box 839950<br>San Antonio, TX 78283-3950 | Byzfunder NY LLC<br>d/b/a Byzfunder<br>530 7th Ave., Suite 505<br>New York, NY 10018 |
| Chase Ink<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711-0000 | De Lage Landen Financial Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| Harris County Tax Assessor Collector<br>PO Box 3547<br>Houston, TX 77253-3547 | (d)Harris County, et al<br>P.O. Box 2848<br>Houston, TX 77252 | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Dashanna F. Smith          (u)Sheila Campbell          End of Label Matrix
                                                          Mailable recipients    44
                                                          Bypassed recipients     2
                                                          Total                  46