United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 19, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-34781 |
| | § | |
| LASER INNOVATIONS, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | SUBCHAPTER V |

**ORDER DISMISSING CHAPTER 11 CASE**

CAME ON for consideration the Agreed Expedited Motion among the United States Trustee, the Subchapter V Trustee, and Debtor to Dismiss Case with Prejudice to Refiling for 180 days. Due notice and opportunity for a hearing was given to all parties-in-interest. It having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. § 1112(b) for the case to be dismissed, it is hereby

**ORDERED** that:

1. This Chapter 11 case is hereby **DISMISSED WITH PREJUDCE.**

2. The Debtor is barred from filing another bankruptcy petition prior to 180 days from the date of entry of this Order.

3. The Debtor shall remit $2,000 to the Subchapter V Trustee as interim compensation within three (3) business days from entry of this order.

4. The Subchapter V Trustee shall have fourteen (14) days from entry of this order to file a final fee application.

5. The Debtor shall remit any additional amount owed to the Subchapter V Trustee, no later than seven (7) days after approval of his final fee application.

6. The Subchapter V Trustee shall file his final report within fourteen (14) days of the date of payment of his final fees, or if no additional fees are owed above the interim compensation amount, the date of filing the final fee application.

7. Notwithstanding this Order, the Court retains jurisdiction to consider professional fee applications and to enforce payment of fees assessed under 11 U.S.C. § 330 or 28 U.S.C. § 586(e)(5).

8. Tom A. Howley shall be immediately discharged as Subchapter V Trustee upon entry of this Order.

Signed: November 19, 2024



Eduardo V. Rodriguez
United States Bankruptcy Judge

**AGREED TO IN FORM AND SUBSTANCE BY:**

KEVIN M. EPSTEIN, U.S. TRUSTEE

By: */s/ C. Ross Travis*
C. Ross Travis
La. Bar No. 40083 / Fed. ID No. 3725298
515 Rusk Street, Suite 3516
Houston, Texas 77002
(202) 603-5225
(713) 718-4670 Fax
Email: C.Ross.Travis@usdoj.gov

TOM HOWLEY, SUBCHAPTER V TRUSTEE

/s/ Tom A. Howley
Tom A. Howley
Howley Law PLLC
Pennzoil Place – South Tower
711 Louisiana Street, Suite 1850
Houston, TX 77002
Telephone: (713) 333-9125
Email: tom@howley-law.com

LASER INNOVATIONS, INC.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR